**BAILEY LAW PARTNERS, LLP**
Sloan C. Bailey (SBN 188113)
Paul K. Pfeilschiefter (SBN 301463)
1010 B Street, Suite 320
San Rafael, CA 94901
Telephone: (415) 966-2919
Email: paul@workerrightsattorney.com

Attorney for Plaintiff Sachae Diggs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACHAE DIGGS, On Behalf of Herself and All Others Similarly Situated;<br><br>Plaintiff's,<br><br>v.<br><br>Manna Beverages MBV-CA, LLC, a Delaware Corporation,<br><br>Defendant. | Case No. 2:25-cv-02927-CKD<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

    The undersigned attorney of record for Plaintiff Sachae Diggs certifies that the following may have a direct, pecuniary interest in the outcome of this case:

    • Plaintiff Sachae Diggs is a citizen of the United States, and resident of California in the County of Sacramento.

    • Defendant MBV-CA, LLC, a Delaware Corporation.

Dated:   November 12, 2025        **BAILEY LAW PARTNERS, LLP**

By: /s/ *Paul K. Pfeilschiefter*
Paul K. Pfeilschiefter
Attorney for Plaintiff